# EXHIBIT 2

# EXHIBIT D

## LISTING OF DIRECT DEDUCTIONS

| | |
|---|---|
| Marriott Rewards and Airline Frequency Programs | Telecommunications - Installation/Evaluation/ Procurement |
| Hotel Excellence and Travel Industry Program | Personal Planning Services System |
| Intermediary Partner Care | Property Management System |
| Group Business Booking Fee and Lead Referral | Mainframe Computer Access |
| Customer Event and Trade Shows | On-Demand Report Viewing |
| Brochures and Directories | Software/Hardware Maintenance |
| Convention, Resort and Gateway Hotel Network Marketing | Telecommunication/Dial-up charges |
| Travel/Vacation Card | OSCAR (Past Guest History) |
| Associate Opinion Survey | Sales Force One |
| Central Benefits Administration | |
| Room Sanitation, Food Safety and Brand Integrity Inspections/Audits | Cluster/Shared Services: |
| Loss Prevention, Asset Protection Services |    Event Booking Centers |
| Retail Shop Merchandise Handling |    Cluster Sales Offices |
| Marriott Visual Services (MVP) |    Area Reservation Offices |
| Sales and other training programs |    Cluster Revenue Management Offices |
| General Managers Meetings and other meetings |    Shared Local Advertising/Promotion |
| Centralized Commission Services |    Central Laundries |
| Reservation System (MARSHA) |    Other Shared Positions/Property Functions |
| Yield Management | Marriott Business Services (MBS) |
| Email/Voice Mailbox |    Current Charges - |
| PC Support/Help Desk |      HRMS - Mercury |
| NGS System Help Desk |      RCSL - Mercury |
| Property Operations Systems |      MBS A/P - Mercury |
| Computer Systems Installations |      BAR - Billing and Accounts Receivable |
| eFolio |      LMS - Labor Management |
| myHR Services |    Other MBS charges, as determined |
| MCNII Domestic Network | Accident costs/Insurance |
| Avendra Procurement Services |    Accident Charges up to deductible - |
| Payroll postage |      Workmen's Comp |



Property Internet Address (URL) Registration

Property Internet Site Design/Support

Welfare-to-Work/Work-Opportunity Tax Credit Program Support

General Liability

Employment Practices Liability

Premium allocation above deductible level



# EXHIBIT E

## PERMITTED EXCEPTIONS

1. Reservation in favor of the State of Hawaii of all littoral rights of whatever nature or kind which are or may be thereunto appertaining, as reserved in Exchange Deed dated December 20, 1956, filed as Land Court Document No. 196551.

2. Reservation of any and all littoral rights appurtenant to Lot 1-B in favor of the State of Hawaii, as set forth in instrument dated December 20, 1956, filed as Land Court Document No. 196552.

3. The terms and provisions, including the failure to comply with any covenants, conditions and reservations, contained in Agreement dated December 23, 1963, filed as Land Court Document No. 324984, by and among the State of Hawaii, Ilikai, Incorporated and Makaha Valley Farms, Limited. Consent by the State of Hawaii, by instrument filed as Land Court Document No. 345970.

4. UNRECORDED RESTAURANT SPACE LEASE dated November 1, 1993, as amended, by and between JOWA HAWAII CO., LTD., a Hawaii corporation, doing business as The Ilikai Hotel Nikko Waikiki, as Lessor, and RICK'S RESTAURANTS LTD., a Hawaii corporation, as Lessee, leasing and demising that certain restaurant space consisting of approximately 4,000 square feet, located on the lobby level of The Ilikai Hotel Nikko Waikiki, Hawaii, for a term commencing on November 1, 1993 and ending on October 31, 2008.

   A SHORT FORM LEASE is dated December 27, 1993, filed as Land Court Document No. 2165308.

   Said Lease is subject to any matters arising from or affecting the same.

5. MORTGAGE ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT, FINANCING STATEMENT AND FIXTURE FILING

   | | |
   |---|---|
   | MORTGAGOR: | M WAIKIKI LLC, a Hawaii limited liability company |
   | MORTGAGEE: | NOMURA CREDIT & CAPITAL, INC., a Delaware corporation |
   | DATED: | as of July 12, 2006 |
   | FILED: | Land Court Document No. 3452195 |
   | AMOUNT: | $114,900,000.00 |

6. The terms and provisions contained in the following:

   | | |
   |---|---|
   | INSTRUMENT: | ASSIGNMENT OF LEASES AND RENTS |
   | DATED: | as of July 12, 2006 |
   | FILED: | Land Court Document No. 3452196 |



|   |   |   |
|---|---|---|
| | PARTIES: | M WAIKIKI LLC, a Hawaii limited liability company, "Assignor", and NOMURA CREDIT & CAPITAL, INC., a Delaware corporation, "Assignee" |

7. FINANCING STATEMENT

    DEBTOR: M WAIKIKI LLC, a Hawaii limited liability company
    SECURED PARTY: NOMURA CREDIT & CAPITAL, INC.
    RECORDED: Document No. 2006-128035
    RECORDED ON: July 12, 2006

8. FINANCING STATEMENT

    DEBTOR: M WAIKIKI LLC, a Hawaii limited liability company
    SECURED PARTY: NOMURA CREDIT & CAPITAL, INC.
    RECORDED: Document No. 2006-128036
    RECORDED ON: July 12, 2006



# EXHIBIT F

## EQUITY OWNERSHIP OF OWNER

| | |
|---|---|
| **Owner:** | M Waikiki LLC, a Hawaii LLC |
| **Capital Member:** | eRF Hawaii Hotel Partners II LLC, a California LLC – 60% |
| **Manager:** | eRealty Fund, LLC, a California LLC – 40% |
| | |
| **Entity:** | eRF Hawaii Hotel Partners II LLC, a California LLC |
| **Capital Members:** | Investment Partners - 100.00% |
| **Manager:** | eRealty Fund, LLC, a California LLC - 0.00% |
| | |
| **Entity:** | eRealty Fund, LLC, a California LLC |
| **Capital Members:** | eRealty Fund, Inc., a CA corp. - 50% (owned 100% by Ed Bushor) |
| | McKinney Enterprises, Inc., a CA corp. - 50% (owned 100% by Damian McKinney) |
| **Managers:** | Ed Bushor, Co-Manager |
| | Damian McKinney, Co-Manager |



# EXHIBIT G

## FORM OF MEMORANDUM OF MANAGEMENT AGREEMENT

AFTER RECORDATION, RETURN BY    MAIL (X)    PICK UP ( )
    Marriott Hotel Services, Inc.
    c/o Marriott International; Inc.
    10400 Fernwood Road
    Bethesda, Maryland 20817
    Attn:   Regina A. Nelson
    Law Department 52/923

      THIS MEMORANDUM OF MANAGEMENT AGREEMENT (the "Memorandum") is made and entered into as of this _____ day of _____, 2008, by **M WAIKIKI LLC** ("Owner"), a Hawaii limited liability company, with offices at c/o eRealty Fund, LLC, 12780 High Bluff Drive, Suite 160, San Diego, California 92130, and **MARRIOTT HOTEL SERVICES, INC.** ("Manager"), a Delaware corporation, with a mailing address at c/o Marriott International, Inc., 10400 Fernwood Road, Bethesda, Maryland 20817.

### WITNESSETH

      Owner and Manager have entered into that certain Management Agreement dated as of the date hereof (herein, the "Management Agreement") with respect to the operation of a hotel on the premises located in Waikiki, Hawaii as more particularly described in Exhibit A attached hereto (the "Site").



      The Management Agreement is in effect. The Initial Term of the Management Agreement expires at the expiration of the thirtieth (30th) full Fiscal Year after the expiration of the Fiscal Year in which the Opening Date occurs. Thereafter, the Management Agreement shall automatically, and with no further action required by Manager or Owner, be renewed on the same terms and conditions for each of two (2) successive periods of ten (10) full Fiscal Years each ("Renewal Term(s)"), unless Manager shall have given prior written notice to Owner of its election not to renew pursuant to the provisions of the Management Agreement.

      The Management Agreement contains terms and restrictions relating to financing of the Hotel. The Management Agreement also contains terms and conditions relating to Owner's ability to sell or transfer interests in itself or the Hotel or the Site.

      This Memorandum is not intended to alter or modify in any way the terms and conditions of the Management Agreement. Terms not specifically defined in this Memorandum are defined in the Management Agreement.

### [SIGNATURES FOLLOW ON NEXT PAGE]



IN WITNESS WHEREOF, Owner and Manager have caused this Memorandum to be executed under seal by their duly authorized representatives as of the day first above written, for the purpose of providing an instrument for recording and giving notice of the Management Agreement and certain of the terms and conditions thereof.

**OWNER:**

**M WAIKIKI LLC**, a Hawaii limited liability company

By: _____
Print Name: _____
Title: _____

### ACKNOWLEDGMENT

STATE OF _____ )
                               ) ss:
COUNTY OF _____ )

On the _____ day of _____, 20__, before me personally appeared _____, who acknowledged himself to be the _____ of **M WAIKIKI LLC**, a Hawaii limited liability company, to me personally known, who, being by me duly sworn or affirmed, did say that such person(s) executed the foregoing instrument as the free act and deed of such person(s), and if applicable, in the capacities shown, having been duly authorized to execute such instrument in such capacities.

_____
Print name:
Notary Public, State of _____
My commission expires: _____

3



**MANAGER:**

**MARRIOTT HOTEL SERVICES, INC.,**
a Delaware corporation

By: _____
  Yoav K. Gery
  Authorized Signatory

**ACKNOWLEDGMENT**

STATE OF _____ )
              ) ss:
COUNTY OF _____ )

On the _____ day of _____, 2008, before me personally appeared Yoav K. Gery, who acknowledged himself to be an Authorized Signatory of **MARRIOTT HOTEL SERVICES, INC.**, a Delaware corporation, to me personally known, who, being by me duly sworn or affirmed, did say that such person(s) executed the foregoing instrument as the free act and deed of such person(s), and if applicable, in the capacities shown, having been duly authorized to execute such instrument in such capacities.

_____
Print name:
Notary Public, State of _____
My commission expires: _____

4



# EXHIBIT A
# TO
# MEMORANDUM OF MANAGEMENT AGREEMENT

## LEGAL DESCRIPTION



# EXHIBIT H-1

## DESCRIPTION OF RESTRICTED AREA ONE

As used in this Agreement, the term "Restricted Area One" shall mean that certain geographic area, as it exists on the Effective Date, located in Oahu, Hawaii that is bounded by the perimeter that begins at the western end of Kapahulu Avenue, continues east on Kapahulu Avenue to the intersection with Ala Wai Boulevard, continues north on Ala Wai Boulevard, continues west on Ala Wai Boulevard until reaching Mamala Bay, continues south along the eastern shore of Mamala Bay to the western end of Kapahulu Avenue.

All references in the foregoing definition to streets, roads, avenues, boulevards, highways, interstates or other roadways shall mean the center lines of such streets, roads, avenues, boulevards, highways, interstates or other roadways.

# EXHIBIT H–2

# MAP OF RESTRICTED AREA ONE

**Territorial Restriction
Edition Waikiki Beach**





## EXHIBIT I

## REGISTERED MARKS

### United States

| Trademark | Class | Application Number | Application Date |
|---|---|---|---|
| EDITION | 35 | 77/343878 | Dec. 4, 2007 |
| EDITION | 41 | 77/343881 | Dec. 4, 2007 |
| EDITION | 43 | 77/343882 | Dec. 4, 2007 |
| EDITION | 44 | 77/343885 | Dec. 4, 2007 |

