IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

M WAIKIKI LLC,

    Plaintiff,

    -v-

MARRIOTT HOTEL SERVICES, INC.,
I.S. INTERNATIONAL, INC. and IAN SCHRAGER,

    Defendants.

---------------------------------------X

MARRIOTT HOTEL SERVICES, INC.,

    Counterclaim Plaintiff,

    -v-

M WAIKIKI LLC,

    Counterclaim Defendant.

---------------------------------------X

CASE NO. 11-CV-6488(BSJ)

### **SUPPLEMENTAL DECLARATION OF DAMIAN MCKINNEY**

[Cover page only for purposes of attaching exhibits]

5253605.1
2147-02