# EXHIBIT 5

NELIGAN FOLEY, LLP
PATRICK J. NELIGAN, JR.
   Texas State Bar No. 14866000
   *Admitted Pro Hac Vice*
JAMES P. MUENKER
   Texas State Bar No. 24002659
   *Admitted Pro Hac Vice*
325 N. St. Paul, Suite 3600
Dallas, Texas  75201
Telephone  (214) 840-5300
Facsimile:  (214) 840-5301

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership
SIMON KLEVANSKY         3217-0
ALIKA L. PIPER             6949-0
NICOLE D. STUCKI          9151-0
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone:  (808) 536-0200
Facsimile:   (808) 237-5758
E-Mail: sklevansky@kplawhawaii.com;
apiper@kplawhawaii.com; nstucki@kplawhawaii.com

Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| In re<br><br>M WAIKIKI LLC,<br><br>               Debtor. | Case No. 11-02371<br>(Chapter 11)<br><br>LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS |
|---|---|

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

31808.doc

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Hawaii

In re   **M Waikiki LLC**
Debtor(s)

Case No.   **11-02371**
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1  Marriott Hotel Services, Inc.<br>Attn: Kenneth R. Rehmann<br>10400 Fernwood Rd.<br>Bethesda, MD 20817 | Marriott Hotel Services, Inc.<br>Attn: Kenneth R. Rehmann<br>10400 Fernwood Rd.<br>Bethesda, MD 20817 | | | 5.4 million |
| 2  Hawaiian Electric Co., Inc.<br>P.O. Box 3978<br>Honolulu, HI 96812 | Hawaiian Electric Co., Inc.<br>P.O. Box 3978<br>Honolulu, HI 96812 | | | 355,448.23 |
| 3  Leis Co.<br>202 Lalo Street<br>Kahului, HI 96732 | Leis Co.<br>202 Lalo Street<br>Kahului, HI 96732 | | | 100,000 |
| 4  United Laundry Services, Inc.<br>2291 Alahoa Place<br>Honolulu, HI 96819 | United Laundry Services, Inc.<br>2291 Alahoa Place<br>Honolulu, HI 96819 | | | 59,816.00 |
| 5  Communications Pacific<br>745 Fort Street, PH<br>Honolulu, HI 96813 | Communications Pacific<br>745 Fort Street, PH<br>Honolulu, HI 96813 | | | 42,125.07 |
| 6  Team Clean<br>1441 Kapiolani Blvd., #202<br>Honolulu, HI 96814 | Team Clean<br>1441 Kapiolani Blvd., #202<br>Honolulu, HI 96814 | | | 29,639.05 |
| 7  Hansen Food Service<br>P.O. Box 820<br>96-1282 Waihona Street<br>Pearl City, HI 96782 | Hansen Food Service<br>P.O. Box 820<br>96-1282 Waihona Street<br>Pearl City, HI 96782 | | | 28,738.77 |
| 8  Swank Audio Visuals, LLC<br>639E Gravois Bluffs Blvd<br>Fenton, MO 63026 | Swank Audio Visuals, LLC<br>639E Gravois Bluffs Blvd<br>Fenton, MO 63026 | | | 23,364.65 |
| 9  Paradise Beverages, Inc.<br>94-1450 Moaniani Street<br>Waipahu, HI 96797 | Paradise Beverages, Inc.<br>94-1450 Moaniani Street<br>Waipahu, HI 96797 | | | 22,480.27 |
| 10 Luce Forward<br>600 W. Broadway #2600<br>San Diego, CA 92101 | Luce Forward<br>600 W. Broadway #2600<br>San Diego, CA 92101 | | | 18,928.16 |

B4 (Official Form 4) (12/07) - Cont.
In re   M Waikiki LLC
Debtor(s)

Case No.   11-02371

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 11  Torkildson Katz<br>700 Bishop Street, 15th Floor<br>Honolulu, HI 96813 | Torkildson Katz<br>700 Bishop Street, 15th Floor<br>Honolulu, HI 96813 | | | 18,612.97 |
| 12  IS LP<br>Address Unknown | IS LP<br>Address Unknown | | | 17,979.00 |
| 13  King Food Services, Inc.<br>94-272 Pupuole Street<br>Waipahu, HI 96797 | King Food Services, Inc.<br>94-272 Pupuole Street<br>Waipahu, HI 96797 | | | 17,934.61 |
| 14  Cumming Construction Management<br>27455 Tierra Alta Way, Suite A<br>Temecula, CA 92590 | Cumming Construction Management<br>27455 Tierra Alta Way, Suite A<br>Temecula, CA 92590 | | | 17,599.70 |
| 15  Southern Wine & Spirits of Hawaii<br>155 Kapalulu Place, #300<br>Honolulu, HI 96819 | Southern Wine & Spirits of Hawaii<br>155 Kapalulu Place, #300<br>Honolulu, HI 96819 | | | 17,497.00 |
| 16  REH Capital Partners<br>401 East Las Olas, #1<br>Fort Lauderdale, FL 33301 | REH Capital Partners<br>401 East Las Olas, #1<br>Fort Lauderdale, FL 33301 | | | 15,898.66 |
| 17  Premium Incorporated<br>3375 Koapaka Street, #A100D<br>Honolulu, HI 96819 | Premium Incorporated<br>3375 Koapaka Street, #A100D<br>Honolulu, HI 96819 | | | 13554.99 |
| 18  Elite Meetings International, Inc.<br>500 E. Montecito Street<br>Santa Barbara, CA 93103 | Elite Meetings International, Inc.<br>500 E. Montecito Street<br>Santa Barbara, CA 93103 | | | 12,665.00 |
| 19  Youngs Market Company of Hawaii<br>94-501 Kau Street<br>Waipahu, HI 96797 | Youngs Market Company of Hawaii<br>94-501 Kau Street<br>Waipahu, HI 96797 | | | 10,596.12 |
| 20  Armstrong Produce<br>802 Mapunapuna Street<br>Honolulu, HI 96819 | Armstrong Produce<br>802 Mapunapuna Street<br>Honolulu, HI 96819 | | | 10,413.07 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager,eRealty Fund, LLC, Manager M Waikiki LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   September 6, 2011

Signature   Damian McKinney
Manager,eRealty Fund, LLC, Manager M Waikiki LLC