# EXHIBIT 7

OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING 3931
Assistant United States Trustee
1132 Bishop St., Suite 602
Honolulu, HI 96813
Telephone: (808) 522-8150
Facsimile:    (808) 522-8186
ustpregion15.hi.ecf@usdoj.gov

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | CASE NO. 11-02371 |
| | ) | (Chapter 11) |
| M WAIKIKI LLC | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Judge: Honorable Robert J. Faris |
| | ) | |

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

The UNITED STATES TRUSTEE, in accordance with 11 U.S.C. § 1102, hereby appoints the following committee of creditors holding unsecured claims:

| Creditor | Representative |
|---|---|
| Marriott Hotel Services, Inc.<br>10400 Fernwood Road<br>Bethesda, MD  20817 | Dr. Rosemarie Schmidt, Esq.<br>Phone: (301) 380-3082<br>Fax: na<br>Email: Rosemarie.Schmidt@marriott.com |
| Hawaiian Electric Company, Inc.<br>900 Richards Street<br>Honolulu, HI  96813 | Kimo Leong, Esq.<br>Phone: (808) 528-2222 ext 24<br>Fax: (808) 523-1869<br>Email: kcleong@hawaii.rr.com |
| Communications Pacific, Inc.<br>745 Fort St., PH<br>Honolulu, HI  96813 | Catherine Lagareta<br>Phone: (808) 521-5391<br>Fax: (808) 6977-6867<br>Email: klgareta@compac.com |

DATED: Honolulu, Hawaii, September 9, 2011.

                TIFFANY L. CARROLL
                Acting United States Trustee

        By:  /s/ CURTIS CHING
                Assistant United States Trustee