UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M WAIKIKI LLC,<br><br>                      Plaintiff,<br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., I.S. INTERNATIONAL, LLC and IAN SCHRAGER,<br><br>                      Defendants,<br><br>MARRIOTT HOTEL SERVICES, INC.,<br><br>                      Counterclaim-Plaintiff,<br>v.<br><br>M WAIKIKI LLC,<br><br>                      Counterclaim-Defendant. | 1:11-cv-06488-BSJ<br><br>(Removed from the Supreme Court for the State of New York, County of New York Case No. 651457/2011)<br><br>**Oral Argument Requested** |

**MARRIOTT HOTEL SERVICES, INC.'S NOTICE OF MOTION
FOR ABSTENTION, REMAND, AND COSTS**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Brian J. Fischer, exhibits annexed thereto, and Memorandum of Law, Defendant and Counterclaim-Plaintiff Marriott Hotel Services, Inc. ("Marriott"), by its undersigned attorneys, will move this Court, before the Honorable Barbara S. Jones, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order abstaining from hearing this case and remanding it to the New York State Supreme Court pursuant to 28 U.S.C. § 1334(c)(2), or, in the alternative 28

U.S.C. §§ 1334(c)(1) and 1452(b), and awarding Marriott the costs, expenses, and attorneys' fees incurred in making this motion pursuant to 28 U.S.C. § 1447(c).

PLEASE TAKE FURTHER NOTICE that, in accordance with Rule 6.1(b) the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda of law shall be filed within fourteen days after the service of this motion.

Dated: October 14, 2011
       New York, New York

RESPECTFULLY SUBMITTED,

/s/_____
JENNER & BLOCK LLP

Richard F. Ziegler
Brian J. Fischer
Colleen A. Harrison
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone: (212) 891-1600
Fax: (212) 909-0815

David A. Handzo (*pro hac vice* motion forthcoming)
Michael B. DeSanctis
Lindsay C. Harrison (*pro hac vice* motion forthcoming)
Kelly D. Gardner
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Fax: (202) 661-4956

To:    Alexander David Widell
        Bickell & Brewer (NYC)
        767 Fifth Avenue, 50th Flr.
        New York, NY 10153
        212-489-1400
        adw@bickelbrewer.com
        *via ECF*

William Andrew Brewer, III
Bickel & Brewer (TX)
1717 Main Street
Suite 4800
Dallas, TX 75201
214-653-4000
wab@bickelbrewer.com
*via ECF*

*Attorneys for M Waikiki LLC*


Robert A. Weiner, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-4613
212-547-5408
rweiner@mwe.com
*via email*

*Attorneys for I.S. International, Inc. and Ian Schrager*