# Exhibit J

| | |
|---|---|
| **From:** | Michael Gardner [mgardner@bickelbrewer.com] |
| **Sent:** | Sunday, August 28, 2011 1:38 PM |
| **To:** | Harrison, Lindsay C. |
| **Cc:** | James Renard; William Brewer; DeSanctis, Michael B |
| **Subject:** | Waikiki |
| **Attachments:** | DOC082711.pdf; DOC082711_1.pdf; Michael Gardner.vcf |

Lindsay,

I am responding to your e-mail to my partner, Alex Widell, dated today.

As you know, this morning, Owner exercised its common law power to terminate the Management Agreement and Marriott's agency in connection therewith.  Owner provided your client, including the night manager on duty, and shortly thereafter, the former General Manager of the Hotel, Mike Rock, with notice of the termination and the reasons therefor upon entering the premises.  A copy of those letters are attached hereto.

Your statement that Owner entered the Hotel with "armed police" is incorrect.  Owner's security did not carry firearms when Owner terminated Marriott.  Moreover, the termination of Marriott and the transition to new management was entirely peaceable.  Many of the employees of the Hotel, including the entire security team, have accepted Owner's offer of employment with new manager.

Regrettably, Marriott's senior management at the Hotel, including Mike Rock, are interfering with Owner's operation of the Hotel.  Among other things, Rock and others are apparently instructing Hotel employees not to report to work and providing them with false information.  That, of course, is yet another violation of Marriott's fiduciary and contractual duties.  We request that your client immediately instruct its employees to cease and desist such activity.

Finally, please be advised that Owner expects Marriott to cooperate fully with Owner to effectuate the transition of Hotel operations to new management and provide the necessary assistance to accomplish that objective.  Owner also expects Marriott to comply with its post-termination obligations set forth in the Management Agreement and as provided by the common law governing fiduciary relationships.

Regards,

Michael

_____
Michael S. Gardner
BICKEL & BREWER
1717 Main Street
Suite 4800
Dallas, Texas 75201
Direct:  (214) 653-4843
Main:  (214) 653-4000
Fax:  (214) 653-1015

The information contained in this e-mail message, including any attachments, is attorney privileged and/or confidential information intended only for the use of the individual or entity named as addressee. The review, dissemination, distribution, or copying of this communication by or to anyone other than the intended addressee is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message. Thank you.