# Exhibit P

At a Commercial Division Part 3 of the Supreme Court of the State of New York, held in and for the County of New York at the Courthouse, 60 Centre Street, Room 442 New York, New York 10007 on the 31 day of August, 2011

PRESENT:

HON. **HON. EILEEN BRANSTEN J.S.C**

Justice

---

M WAIKIKI LLC,

                Plaintiff,

- against -

MARRIOTT HOTEL SERVICES, INC., I.S. INTERNATIONAL, LLC and IAN SCHRAGER,

                Defendants,

---

MARRIOTT HOTEL SERVICES, INC.,

                Counterclaim-Plaintiff,

- against -

M WAIKIKI LLC,

                Counterclaim-Defendant.

Index No.: 651457/2011
IAS Part 3
Justice Bransten

**ORDER TO SHOW CAUSE, TEMPORARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTION**

---

Upon the Counterclaim Complaint, dated August 30, 2011, the exhibits annexed thereto, and the accompanying Memorandum of Law In Support of Marriott Hotel Services, Inc.'s Order to Show Cause Concerning a Temporary Restraining Order and Preliminary Injunction Against M Waikiki LLC and its supporting affidavits submitted herewith;

M Waikiki LLC v. Marriott Hotel Services, Inc.,  Index No. 61457/2011
I.S. International, LLC and Ian Schrager  Page 2 of 3

Now, upon motion of Jenner & Block LLP, attorneys for Defendant and Counterclaim-Plaintiff Marriott Hotel Services, Inc. ("Marriott");

Let the Plaintiff and Counterclaim-Defendant M Waikiki LLC ("Owner"), through its officers or agents show cause before this Court at the Courthouse, 60 Centre Street, Room 442, New York, New York 10007 on the 7 day of September 2011, at 9:30 a.m. or as soon thereafter as counsel can be heard, why an order should not be granted:

(1) Restraining and enjoining Owner from unilaterally declaring and installing as the Hotel's manager a party other than Marriott; and

(2) Directing Owner to allow Marriott to, and restraining and enjoining Owner from, taking any actions that in any way interfere with Marriott's ability to: (a) fully perform its role as the Hotel's Manager in accordance with the Management Agreement, and (b) undo the harm and damage that resulted from Owner's purported ouster of Marriott; and

(3) Restraining Owner from using, and directing Owner to return to Marriott, any and all copies of Marriott proprietary or confidential information or data. *AND SUBJECT TO THE INTERLINED PARAGRAPH BELOW*

ORDERED, that pending the hearing of this motion: (1) Owner is restrained and enjoined from unilaterally declaring and installing as the Hotel's manager a party other than Marriott; (2) Owner must allow Marriott to, and is restrained and enjoined from taking any actions that in any way interfere with Marriott's ability to, (a) fully perform its role as the Hotel's Manager in accordance with the Management Agreement, and (b) undo the harm and damage that resulted from Owner's purported ouster of Marriott; and (3) Owner is restrained from using, and must return to Marriott, any and all copies of Marriott proprietary or confidential information or data; and it is further

ORDERED, that a copy of this Order and the papers upon which it is granted shall be served upon counsel for Owner, *handed to counsel in court*, by email on or before the 1 day of August 2011, and

*ORDERED THAT MARRIOTT SHALL BE ALLOWED TO RETURN TO ITS MANAGEMENT ROLE AT THE HOTEL BY 2:30 P.M. ON WEDNESDAY, AUGUST 31, 2011 (HAWAII TIME; 8:30 P.M. EDT).*

Case 1:11-cv-06488-BSJ   Document 18-17   Filed 10/14/11   Page 4 of 4

*M Waikiki LLC v. Marriott Hotel Services, Inc.,*   Index No. 61457/2011
*I.S. International, LLC and Ian Schrager*   Page 3 of 3

that such service shall constitute good and proper service hereunder and shall be deemed due and sufficient notice of this application; and it is further

ORDERED, that opposition papers, if any, shall be served upon counsel for Marriott such that they are received no later than the close of business on September 6, 2011

Dated: New York, New York
August 31, 2011

ENTER

_____
Justice of the Supreme Court

**HON. EILEEN BRANSTEN**
**J.S.C**