# EXHIBIT E

Newsletters | Mobile



Facebook Twitter Sign In




- Print Comments
- Email

# It List: The Best New Hotels 2011

2K

Like

638

### Waikiki Edition, Honolulu

Hospitality heavyweight Ian Schrager's latest project, a collaboration with Marriott Hotels dubbed Edition, is breathing new life into the 84-year-old hotel chain. The 353-room Waikiki Edition, designed by New York–based Yabu Pushelberg, is the first of a series (Istanbul, Barcelona, Mexico City, Miami Beach, and London are in the works). Interiors are an exercise in restraint, with a color palette that stretches from white to vanilla, beige to sand, and accents ranging from natural leather bands on the desk chairs to the dark-stained-wood rolling shutters that abate the Hawaiian sun. *Doubles from $375.*



Linny Morris

Enter NOW for a chance to win a DREAM VACATION


The Futurist: Hong Kong's Teaching Hotel


It List: 45 Best New Hotels of 2009


Best Life-Changing Trips


Hotels That Lean?! Capital Gate Looms Over Abu Dhabi

**Comments (1)**   Log in to Save to Favorites   (1 Ratings)
Add a Comment

hoteldesk — POSTED JUN. 1, 2011 9:41PM EST   report
Sheer luxury - you can just imagine sitting by the fire looking out at the snow.

**ADD A COMMENT**

Please log in or register to add a comment. *Forgot your password?*

(Log in to add a comment)

Publish this activity to Facebook

