# EXHIBIT G

INDEX NO. 651457/2011

RECEIVED NYSCEF: 08/31/2011

FILED: NEW YORK COUNTY CLERK 08/31/2011

NYSCEF DOC. NO. 21

At a Commercial Division Part 3 of the
Supreme Court of the State of New York, held
in and for the County of New York at the
Courthouse, 60 Centre Street, Room 442 New
York, New York 10007 on the 31 day of
August, 2011

PRESENT:

**HON. EILEEN BRANSTEN
J.S.C**

HON. _____

                    Justice

---

M WAIKIKI LLC,

                    Plaintiff,

        - against -

MARRIOTT HOTEL SERVICES, INC., I.S.
INTERNATIONAL, LLC and IAN
SCHRAGER,

                    Defendants,

---

MARRIOTT HOTEL SERVICES, INC.,

                    Counterclaim-Plaintiff,

        - against -

M WAIKIKI LLC,

                    Counterclaim-Defendant.

Index No.: 651457/2011
IAS Part 3
Justice Bransten

**ORDER TO SHOW CAUSE,
TEMPORARY RESTRAINING ORDER,
AND PRELIMINARY INJUNCTION**

Upon the Counterclaim Complaint, dated August 30, 2011, the exhibits annexed thereto,
and the accompanying Memorandum of Law In Support of Marriott Hotel Services, Inc.'s Order
to Show Cause Concerning a Temporary Restraining Order and Preliminary Injunction Against
M Waikiki LLC and its supporting affidavits submitted herewith;

M Waikiki LLC v. Marriott Hotel Services, Inc.,
I.S. International, LLC and Ian Schrager

Index No. 61457/2011
Page 2 of 3

Now, upon motion of Jenner & Block LLP, attorneys for Defendant and Counterclaim-

Plaintiff Marriott Hotel Services, Inc. ("Marriott");

Let the Plaintiff and Counterclaim-Defendant M Waikiki LLC ("Owner"), through its

officers or agents show cause before this Court at the Courthouse, 60 Centre Street, Room 442,

New York, New York 10007 on the ⊥ day of September 2011, at 9:30 a.m. or as soon

thereafter as counsel can be heard, why an order should not be granted:

(1)     Restraining and enjoining Owner from unilaterally declaring and installing as the
        Hotel's manager a party other than Marriott; and

(2)     Directing Owner to allow Marriott to, and restraining and enjoining Owner from,
        taking any actions that in any way interfere with Marriott's ability to: (a) fully
        perform its role as the Hotel's Manager in accordance with the Management
        Agreement, and (b) undo the harm and damage that resulted from Owner's
        purported ouster of Marriott; and

(3)     Restraining Owner from using, and directing Owner to return to Marriott, any and
        all copies of Marriott proprietary or confidential information or data.

*AND SUBJECT TO THE INTERLINEATED PARAGRAPH BELOW*

ORDERED, that pending the hearing of this motion, (1) Owner is restrained and enjoined

from unilaterally declaring and installing as the Hotel's manager a party other than Marriott; (2)

Owner must allow Marriott to, and is restrained and enjoined from taking any actions that in any

way interfere with Marriott's ability to, (a) fully perform its role as the Hotel's Manager in

accordance with the Management Agreement, and (b) undo the harm and damage that resulted

from Owner's purported ouster of Marriott; and (3) Owner is restrained from using, and must

return to Marriott, any and all copies of Marriott proprietary or confidential information or data;

and it is further

ORDERED, that a copy of this Order and the papers upon which it is granted shall be

served upon counsel for Owner, _____, *handed to counsel in court* by email on or before the __ day of August 2011, and

*ORDERED THAT MARRIOTT SHALL BE ALLOWED TO RETURN TO ITS MANAGEMENT ROLE AT THE HOTEL BY 2:30 P.M. ON ~~2~~ [Wednesday], ~~BY~~ AUGUST 31, 2011 (HAWAII TIME; 8:30 P.M. EDT).*

*M Waikiki LLC v. Marriott Hotel Services, Inc.,*
*I.S. International, LLC and Ian Schrager*

Index No. 61457/2011
Page 3 of 3

that such service shall constitute good and proper service hereunder and shall be deemed due and

sufficient notice of this application; and it is further

ORDERED, that opposition papers, if any, shall be served upon counsel for Marriott such

that they are received no later than the close of business on September 6 , 2011

Dated: New York, New York
August 31, 2011

ENTER,

Justice of the Supreme Court

**HON. EILEEN BRANSTEN**
**J.S.C**

3